In re Appeal of Messiah Lutheran Church from the Board of Zoning Appeals of the City of Greenhills.

[Cite as In re Messiah Lutheran Chrrch (1971), 28 Ohio St. 2d 52.]

(No. 70-742—Decided November 17, 1971.)

*Mr. Alfred J. Mangels* and *Mr. David E. Grossman*, for appellant, Messiah Lutheran Church.

*Messrs. Beirne, Wirthlin & Manley, Mr. C. R. Beirne* and *Mr. Robert G. Woellner*, for appellee, Board of Zoning Appeals of the city of Greenhills.

*Per Curiam.* Appeal is before our court by virtue of the provisions of R. C. Chapter 2506. On the exiguous record furnished to us, we find no bases upon which a conclusion could be reached on the constitutional questions posed by appellant. The trial court based its decision in part on an erroneous interpretation of the rationale for our decision in *Greenhills Home Owners Corp.* v. *Village of Greenhills* (1966), 5 Ohio St. 2d 207, and thus found it unnecessary to pass on the constitutional questions involved and which this court is now being asked to answer. We did not pass on the constitutionality of the ordinance in question here in that former case.

Accordingly, we reverse the judgment of the Court of Appeals and remand to the Court of Common Pleas with instructions to accord to appellant a full hearing on the constitutional and other questions presented.

*Judgment reversed.*

O'NEILL, C. J., HERBERT, HOLMES, CORRIGAN, STERN and LEACH, JJ., concur.

SCHNEIDER, J., dissents.

SCHNEIDER, J., dissenting. I can see no reason why this appellant should be afforded a second appeal (which he does not seek) under R. C. Chapter 2506, which does not depart from the traditional principle in this state that every litigant is entitled to *one* trial and *one* review and that it is the burden of the appellant on review to show error in the record. We ought to decide the case on the record before us.

HOLMES, J., of the Tenth Appellate District, sitting for DUNCAN, J.